UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SUSAN BABIN

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY

CIVIL ACTION

NO. 08-64-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 18, 2008 (doc. no. 6) to which no objection was filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED without prejudice for failure to serve the defendant pursuant to Rule 4(m), Fed.R.C.v.P.

Baton Rouge, Louisiana, this 17th day of February, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE